**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GUILLERMO ENRIQUE
GUADAMUZ-NARVAEZ, ET AL.,

Petitioners,

v.

DAVID A. MARIN, ET AL.,

Respondents.

Case No. 5:25-cv-03102-HDV-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The deadline to file objections has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. Respondents shall release Petitioner Martin Mejia-Baltazar (A# 240-500-055) from custody unless they provide an individualized bond hearing before a neutral Immigration Judge within fourteen (14) days at which the Government bears the burden of proof by clear and convincing evidence to show that Petitioner is a flight risk or a danger to the community and that no condition or

combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  Respondents shall file a notice of compliance within fifteen (15) days of the entry of Judgment.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  June 11, 2026

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE