# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GUILLERMO ENRIQUE GUADAMUZ-NARVAEZ, ET AL.,

        Petitioners,

   v.

DAVID A. MARIN, ET AL.,

        Respondents.

Case No. 5:25-cv-03102-HDV-AJR

**JUDGMENT**

## JS-6

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents shall release Petitioner Martin Mejia-Baltazar (A# 240-500-055) from custody unless they provide an individualized bond hearing before a neutral Immigration Judge within fourteen (14) days at which the Government bears the burden of proof by clear and convincing evidence to show that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's

future appearance and/or the safety of the community.  Respondents shall file a notice of compliance within fifteen (15) days.

DATED:  June 11, 2026

_____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

2